IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | |
|---|---|
| KBE BUILDING CORP., | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 25-1636 |
| v. | ) (Judge Holte) |
| | ) |
| THE UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

**JOINT MOTION FOR A SCHEDULING ORDER**

The parties respectfully submit this joint motion for a scheduling order in this case. This case was previously consolidated with *EVCON-CWC JV, LLC v. United States*, No. 25-1101. As of March 4, 2026, however, all other cases that were consolidated in *EVCON*, including *EVCON* itself, were voluntarily dismissed. Accordingly, the parties are filing this motion on this docket, *KBE Building Corp. v. United States*, 25-1636.

On February 24, 2026, the General Services Administration (GSA) cancelled the solicitation for the Hartford Courthouse project that plaintiff, KBE Building Corp. (KBE), protested in this case. On February 25, 2026, GSA issued a pre-solicitation notice for a new solicitation for the Hartford Courthouse project, stating that GSA anticipates issuing the solicitation on or about March 12, 2026. The pre-solicitation notice also indicates that the new solicitation will include a project labor agreement (PLA) requirement pursuant to the GSA Administrator's recent determination, under 41 U.S.C. § 3304(a)(7), that it is necessary in the public interest to include a PLA requirement on the Hartford Courthouse project. KBE intends to protest the PLA requirement in the forthcoming solicitation for the Hartford Courthouse project.

GSA anticipates awarding the contract under the forthcoming Hartford Courthouse solicitation in or about December 2026, and GSA voluntarily agrees to stay award of the contract under the forthcoming Hartford Courthouse solicitation until December 1, 2026, a decision by the Court on the merits of this case, or a dismissal of this case, whichever comes earlier. The parties agree that GSA would nevertheless be free to receive and evaluate proposals in response to the forthcoming Hartford Courthouse solicitation and complete other pre-award activities during the stay.

Accordingly, the parties respectfully request that the Court enter the following schedule:

- On or before March 27, 2026, KBE shall file an amended and supplemental complaint.

- On or before April 17, 2026, the Government shall file the administrative record using a file sharing program.

- On or before May 15, 2026, KBE shall file its motion for judgment on the administrative record.

- On or before June 11, 2026, the Government shall file its cross-motion for judgment on the administrative record and response to KBE's motion for judgment on the administrative record.

- On or before June 26, 2026, KBE shall file its response to the Government's cross-motion for judgment on the administrative record and its reply in support of its motion for judgment on the administrative record.

- On or before July 13, 2026, the Government shall file its reply in support of its cross-motion for judgment on the administrative record.

- On or before July 22, 2026, the Government shall file under seal a joint appendix of administrative record pages pursuant to RCFC Appendix C ¶ 26; no redacted version required to be filed.

- Oral argument on a date to be determined.

|  |  |
|---|---|
|  | Respectfully Submitted |
|  | BRETT A. SHUMATE<br>Assistant Attorney General |
| s/ Dirk Haire<br>Dirk Haire<br>Jessica Haire<br>P. Sean Milani-nia<br>Joseph L. Cohen<br>Michael W. Rich<br>David Timm<br>Michael J. Brewer<br>Isabella S. Capanna<br>**BURR & FORMAN LLP**<br>99 M St SE, Suite 425<br>Washington, DC 20003<br>Phone: (771) 232-1701<br>dhaire@burr.com<br><br>Attorneys for Plaintiff<br><br>Dated: March 11, 2026 | PATRICIA M. MCCARTHY<br>Director<br><br>DOUGLAS K. MICKLE<br>Acting Deputy Director<br><br>s/ William P. Rayel<br>WILLIAM P. RAYEL<br>Senior Trial Counsel<br>Commercial Litigation Branch<br>Civil Division<br>Department of Justice<br>PO Box 480<br>Ben Franklin Station<br>Washington, DC 20044<br>Tele:  (202) 616-0302<br>Fax:   (202) 307-0972<br>E-mail: William.Rayel@usdoj.gov<br><br>Attorneys for Defendant<br><br>Dated: March 11, 2026 |