# In the United States Court of Federal Claims

No. 25-1636
(Filed:  16 March 2026)

*****************************************

| | |
|---|---|
| KBE BUILDING CORP., | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| | * |

*****************************************

## **ORDER**

On 18 December 2025, the Court issued an opinion in *Brasfield & Gorrie, LLC v. United States*, No. 25-1140, enjoining the Army Corps of Engineers from including a project labor agreement ("PLA") requirement in solicitation WSLP-114 and ordering it to remove the PLA requirement from the solicitation.  *See* 18 Dec. 2025 Opinion and Order, *Brasfield & Gorrie*, No. 25-1140, ECF No. 32.  Since then, the consolidated parties in *EVCON-CWC JV, LLC*, No. 25-1101, have submitted joint status reports ("JSRs") noting various agencies' reconsideration of including PLA requirements in solicitations in view of the Court's 18 December 2025 Opinion in *Brasfield & Gorrie*.  *See, e.g.*, 22 Dec. 2025 JSR, *EVCON*, No. 25-1101, ECF No. 27; 7 Jan. 2026 JSR, *EVCON*, No. 25-1101, ECF No. 28; 21 Jan. 2026 JSR, *EVCON*, No. 25-1101, ECF No. 29.  After the agencies' reconsideration, all plaintiffs, except *KBE Building Corp.*, filed notices of voluntary dismissals.  *See e.g.*, Notices of Voluntary Dismissals, *EVCON*, No. 25-1101, ECF Nos. 30–38; Notice of Voluntary Dismissal, *Trade West*, No. 25-1475, ECF No. 15; Notice of Voluntary Dismissal, *S.E.A. Construction*, No. 25-1496, ECF No. 14.  As a result, the Court de-consolidated the *EVCON* action to allow *KBE* to proceed forward.  *See* 16 Mar. 2026 Order De-Consolidating Cases, *EVCON*, No. 25-1101, ECF No. 45.

On 11 March 2026, the parties jointly moved for a scheduling order in this case.  *See* Joint Mot. for Sched. Order, ECF No. 9.  In their motion, the parties note "[o]n February 24, 2026, the General Services Administration (GSA) cancelled the solicitation for the Hartford Courthouse project that plaintiff, KBE Building Corp. (KBE), protested in this case," but the next day, "GSA issued a pre-solicitation notice for a new solicitation for the Hartford Courthouse project . . . [which] will include a project labor agreement (PLA) requirement pursuant to the GSA Administrator's recent determination, under 41 U.S.C. § 3304(a)(7), that it is necessary in the public interest to include a PLA requirement on the Hartford Courthouse project."  *Id.* at 1.  The parties further note, "GSA voluntarily agrees to stay award of the contract under the forthcoming Hartford Courthouse solicitation until December 1, 2026, a decision by the Court on the merits of this case, or a dismissal of this case, whichever comes earlier."  *Id.* at 2.  The parties

- 2 -

then jointly proposed a schedule for the case going forward.  *Id.*  The Court **GRANTS** the parties' Joint Motion for Scheduling Order, ECF No. 9, and **ADOPTS** the parties' jointly proposed schedule:

| Event | Date |
|---|---|
| Plaintiff files an amended and supplemental complaint | 27 March 2026 |
| The government files the administrative record using a file-sharing program | 17 April 2026 |
| Plaintiff files its Motion for Judgment on the Administrative Record ("MJAR") | 15 May 2026 |
| The government files its Cross-MJAR and response to plaintiff's MJAR | 11 June 2026 |
| Plaintiff files its response to the government's Cross-MJAR & its reply in support of its MJAR | 26 June 2026 |
| The government files its reply in support of its Cross-MJAR | 13 July 2026 |
| The government files under seal a joint appendix of administrative record pages pursuant to RCFC Appendix C ¶ 26 | 22 July 2026 |
| Oral Argument | To be determined |

**IT IS SO ORDERED.**

s/ Ryan T. Holte
RYAN T. HOLTE
Judge